IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMIE DARRIEL GILBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:13-CV-191-C |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed a Report and Recommendation on July 14, 2014, in which the recommendation was made to affirm the Commissioner's decision and dismiss this case. No party filed any timely objections to the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is AFFIRMED, and Plaintiff's Complaint is DISMISSED.

Dated this 4th day of August, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE